```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02806
    CESAR CONDE
    LINA G ALVAREZ-DAVILLA                      CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-7255      SSN XXX-XX-0320

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/07/08 .

    2.  The case was dismissed without confirmation, 05/30/2008.

    3.  The Debtor paid a total of $    758.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY CLERK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SUBURBAN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SURGEONS LTD | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

```
            Summary of disbursements:
------------------------------------------------------------------------------
            SECURED      PRIORITY      UNSECURED      OTHER         TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED            .00           .00           .00           .00           .00
PRINCIPAL PAID                .00           .00           .00           .00           .00
INTEREST PAID                 .00           .00           .00           .00           .00
TOTAL PAID                    .00           .00           .00           .00           .00
```

The Debtor's attorney, NELLA E MARIANI                , was allowed $   3500.00
and was paid $     714.04 .

The Trustee received $      43.96 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                 PAGE   2
            CASE NO. 08 B 02806 CESAR CONDE & LINA G ALVAREZ-DAVILLA